# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, et al., <br>　　　　Plaintiffs, <br><br>　　　　　v. <br><br>LUCKY FOOT PRODUCTIONS, INC., <br>　　　　Defendant. | CV 19-2263 DSF (JCx) <br><br> JUDGMENT |

　　The Court having granted Plaintiffs' motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that Defendant make available for audit the requested records from the period of March 20, 2017 through June 30, 2018, and Plaintiffs recover attorneys' fees of $2,990.00 and costs of $660.00.

Date: June 27, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　United States District Judge