# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, et al., <br><br>  Plaintiffs, <br><br>     v. <br><br>LUCKY FOOT PRODUCTIONS, INC., <br><br>  Defendant. | CV 19-2263 DSF (JCx) <br><br> Order to Show Cause re Contempt |

  Plaintiffs have moved for the Court to issue an order to show cause re contempt to Defendant Lucky Foot Productions, Inc. due to Lucky Foot's failure to allow inspection of its records as ordered by the Court's March 2, 2020 judgment. Lucky Foot did not file an opposition to the motion. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

  Based on the evidence provided, the Court finds that the issuance of an order to show cause is appropriate. The Court declines to award additional attorney's fees at this time. The request for fees was not mentioned in the title of the motion or in the notice of motion. Instead, it was only referenced near the end of the memorandum in support of the motion and in the proposed order. However, the Court will order Defendant to show cause why it should not pay further fees as a part of this order.

Defendant is ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to comply with the Court's March 2, 2020 judgment. The Court currently anticipates that if Defendant is found in contempt a coercive contempt sanction of $300-500 per day will be imposed until Defendant purges itself of its contempt.

Defendant is FURTHER ORDERED TO SHOW CAUSE why it should not be ordered to pay an additional $8,459.50 in attorney's fees and $409.50 in costs associated with Plaintiffs' attempts to enforce compliance with the judgment and as provided in the underlying agreement between the parties.

A hearing on this order to show cause is set for October 22, 2020 at 1:30 p.m. Defendant's written response to this order must be filed no later than October 5, 2020. Plaintiffs' reply is to be filed no later than October 13, 2020. The parties are to contact the Court's CRD two days prior to the hearing to find out if the hearing will be in person or by telephonic conference.

Plaintiffs are to personally serve this order on Defendant no later than September 18, 2020.

IT IS SO ORDERED.

Date: September 14, 2020

*Dale S. Fischer*

Dale S. Fischer
United States District Judge